**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **BATSAIHAN PURVEEGIIN,** | : |
| **Petitioner,** | : |
| **vs.** | : **CIVIL ACTION 06-00465-WS-B** |
| **MICHAEL CHERTOFF,** *et al.,* | : |
| **Respondents.** | : |
| | : |

<u>**ORDER**</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de</u> <u>novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** as moot.

**DONE** this 19th day of April, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE