IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BATSAIHAN PURVEEGIIN,** | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION 06-00465-WS-B |
| **MICHAEL CHERTOFF,** *et al.,* | : |
| Respondents. | : |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this petition be and is hereby dismissed as moot.

**DONE** this 19th day of April, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE